# EXHIBIT B



ADVERTISEMENT

Sunday, June 14, 2020 | Login | Register | Search...

# EL SOL LATINO

70°F Philadelphia

EL SOL TV

Home | EE.UU. | América Latina | Deportes | Entretenimiento | Tecnología | Lifestyle | Clasificados | Nuestros Portales

Home > Estados Unidos > Philadelphia

# John N. Mitchell: Recent events say less about Trump and more about the U.S.

"Racist voters are the biggest problem, not Trump," influential journalist wrote

by Gustavo Rízquez — August 15, 2019   0   0   0



Recent events say less about President Donald Trump and more, sadly, about the United States. Courtesy Photo

**0 SHARES** / **53 VIEWS**

Share on Facebook | Share on Twitter | Share on Whatsapp | Share on Email

**Trump could be just the lukewarm wind necessary to stir up the fire. Some say that is what racism is like in the United States, an immortal breeze that enlivens the flame of hatred.**

Journalist John N. Mitchell, who is a distinguished voice in the Philadelphia community, wrote about recent events. **For him the incidents of recent weeks say less about President Donald Trump and more, "sadly," about the United States.**

Recently, John N. Mitchell wrote for the *Philadelphia Tribune* an article titled: **"Racist voters are the biggest problem, not Trump".** He emphasizes that the misfortune of hatred that hunts again the nation is not necessarily related to a single man, but represents the spirit of a group that has influence on the power takeover and that uses racism as an instrument of control.



In 2016 nearly 63 million voters proved that their racism was not revolting enough to prevent them from voting for Donald Trump. Courtesy Photo

## A vote that speaks for itself

**According to John N. Mitchell, who is an expert journalist on the use of the Chicago Manual of Style and the Associated Press Style Book, in 2016 nearly 63 million voters proved that their racism was not revolting enough to prevent them from voting for Donald Trump**

With that victory, the New York tycoon, an expert in realty shows, is now willing to bet again that it will not be more objectionable, "which says more about America than it does about the president."

A D V E R T I S E M E N T

During the first days of August at least one hate crime shook the nation: El Paso, Texas, mass shooting where 22 people lost their lives, and over two dozen were severely wounded. Its author, Patrick Crusius, according to a police document released by the national press said in confession that he "was targeting Mexicans."

President Trump's visit to Dayton, Ohio, where a man killed 9 people including his sister, and his hermetic visit to El Paso to express his grievances to the survivors and relatives of the victims were "weak".

## Get used to this

This seems to justify the way John N. Mitchell interprets it, by saying "get used to this".



There are so many American bigots in circulation that a president can run on racism unabashedly decades after the Civil Rights Movement accomplishments and win. Courtesy Photo

**According to the Philadelphia journalist, "there are sixteen months before the 2020 general election, and Trump is going to spend each and every one of them mixing in the sort of racial animus that has become his campaign comfort zone. The seasons are going to change multiple times between now and the election, and Trump is going to continue to utter similarly repugnant rhetoric because it is ok to millions of Americans."**

"So let's place the blame where it belongs, which is not exclusively at Trump's feet. It has been 400 years since the first enslaved people were dragged here from Africa and the country has rebooted itself through foreign and domestic wars. Yet there are so many American bigots in circulation that a president can run on racism unabashedly decades after the Civil Rights Movement accomplishments and win"

*Translated by: José Espinoza*

**Leer en español**



Tags: | El Sol Latino | Elections | Get used to this | John N. Mitchell | Philadelphia | Racism | Racist voters | United States

ADVERTISEMENT

## Gustavo Rízquez

ADVERTISEMENT

Search...

ADVERTISEMENT

### Recommended



Toque de queda iniciará más tarde para dar espacio a las primarias
⏱ 2 WEEKS AGO



Una infancia feliz aleja las enfermedades
⏱ 2 YEARS AGO

ADVERTISEMENT

### Connect with us





05 1 SHARES

ADVERTISEMENT

ADVERTISEMENT

FACEBOOK TWITTER INSTAGRAM FLIRK YOUTUBE

## ACERCA DE NOSOTROS

For more than **29 years, El Sol Latino Newspaper and Hispanic Media** has been a media leader. Adapting to the changing media market, **Hispanic Media** has transformed itself from a small local newspaper into multimedia news and information source that includes a network of websites, niche publications, custom printing, e-newsletters, social media networking, and events and customized content to meet the specific needs of its readers and advertisers.

Hispanic MEDIA A Media Company

**Philadelphia Location**
198 West Chew Avenue
Philadelphia, PA. 19120
215.424.1200

**Miami – Brickell Location**
777 Brickell Ave. Suite 500
Miami, FL. 33131
305.440.9636

## Nuestros Portales

Estylo Magazine
Latinas Life Style
My Hispanic Media Solutions
Zona Fútbol
Clasificados El Sol
Hispanic Yellow Pages
Hispanic Media WorkSpaces

info@elsoln1.com
Monday – Friday:
9:00 AM – 5:00 PM

© 2018 - 2020 My Hispanic Media Solutions - Powered by Hispanic Media, llc..

El Sol Latino Newspaper
6,056 likes

Like Page    Watch Video

Be the first of your friends to like this

A D V E R T I S E M E N T

**Popular News**



**Cantante de Jarabe de Palo aparece con nueva canción desde su balcón**  *01*

2 SHARES

*02*  Maná promociona su gira por Estados Unidos
0 SHARES

*03*  Este es el trailer de la película animada de Scooby Doo
0 SHARES

*04*  Toyota 4Runner 2021 será un todo terreno que le gustará más el campo
0 SHARES

Woman´s body found in a suitcase in Kensington